IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JESSICA MORRIS CHRISTENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 7:19cv00792 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BB&C ENTERPRISES LLC, | ) | By: Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendant. | ) | |

Following a hearing on June 23, 2021, this court entered an order instructing the parties to file briefing providing authority for their use of an opt-out notice in a case involving Fair Labor Standards Act claims, which may only proceed on an opt-in basis. (ECF No. 30.) Such briefing was to be filed by July 7, 2021. The parties failed to comply with the court's order, instead filing a joint, one-page notice reiterating their position.

The parties' Motion for Preliminary Settlement Approval (ECF No. 14) is therefore **DENIED**. The parties are instructed that should they continue to utilize an opt-out Notice of Settlement, and any future Motion for Preliminary Settlement Approval must be accompanied by briefing providing legal authority for the use of such a notice in a case involving FLSA claims. *See, e.g., Choimbol v. Fairfield Resorts, Inc.*, 475 F. Supp. 2d 557, 562 (E.D. Va. 2006) ("[T]here is a fundamental, irreconcilable difference between the class action described by Rule 23 and that provided for by FLSA § 16(b). The *LaChappelle [v. Owens-Illinois, Inc.*, 513 F.2d 286, 288–89 (5th Cir. 1975)] Court noted that Rule 23(c) provides for 'opt out' class action while FLSA § 16(b) allows as class members only those who 'opt in.' These two types of class actions are mutually exclusive and irreconcilable.").

- 2 -

The clerk is directed to forward a copy of this Order to all counsel of record.

**ENTERED** this 15th day of July, 2021.

                                          */s/ Thomas T. Cullen*
                                          HON. THOMAS T. CULLEN
                                          UNITED STATES DISTRICT JUDGE